

# NUMBER 13-22-00389-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE SOUTHWESTERN PUBLIC SERVICE COMPANY, XCEL ENERGY, INC., AND XCEL ENERGY SERVICES

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

On August 23, 2022, relators Southwestern Public Service Company, Xcel Energy Inc., and Xcel Energy Services, Inc. filed a petition for writ of mandamus seeking to compel the trial court to vacate an order granting death penalty sanctions against them. Relators also filed: (1) an unopposed motion to exceed the word-count limit for the petition for writ of mandamus; and (2) an unopposed motion requesting that we take judicial notice of a mandamus record previously filed in our cause number 13-19-00111-CV.

The Court requests that the real parties in interest, Eduardo Munoz Jr. and Kasandra Girela Munoz, individually and as next friend of J.S., a minor, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. Further, the Court, having examined and fully considered the relators' motions, is of the opinion that they should be granted. Accordingly, we grant the relators' unopposed motion to exceed the word-count limit and relators' unopposed motion for judicial notice of the mandamus record in cause number 13-19-00111-CV.

PER CURIAM

Delivered and filed on the
25th day of August, 2022.